

PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT
for
Michigan-Eastern



FILED
OCT 07 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S.A. vs. Steven King

Docket No. [0645 2:19CR20652]-[002]

## Petition for Action on Conditions of Pretrial Release

COMES NOW Heather McCamley, pretrial services/probation officer, presenting an official report upon the conduct of defendant Steven King,

who was placed under pretrial release supervision by the Honorable R. Steven Whalen, sitting in the court at Eastern District of Michigan (Detroit) on the 2nd date of October, 2019 under the following conditions:

> Report as directed to Pretrial Services, surrender any passport to Pretrial Services by 4pm on October 2, 2019, do not obtain a passport or other international travel documents, travel restricted to the State of Florida and Eastern District of Michigan for Court purposes only unless previous consent is given, avoid all contact, directly/indirectly with any victims/witnesses including co-defendants, without Counsel present related to the case, do no use alcohol at all, no use or unlawful possession of a narcotic drug/other controlled substance unless prescribed by a licensed medical practitioner, submit to substance abuse testing and treatment if directed, no billing or cause to be billed of Medicare program, defendant may travel to the City of Boston to meet with counsel; for those purposes only and so long as the defendant is employed in any capacity of A1C, defendant is not to bill or cause to be billed of Medicare program. If the defendant is employed by another entity, the condition remains in effect.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> Correction to the above noted conditions. After review of the transcript of the hearing, it appears the Court agreed the defendant would not be subject to the billing restriction, should he become employed for another entity outside of A1C, where he is currently employed. Therefore, the last conditions should correctly read "So long as the defendant is employed in any capacity of A1C, defendant is not to bill or cause to be billed of Medicare program. If the defendant is employed by another entity, the condition no longer applies".

PRAYING THAT THE COURT WILL ORDER the modification as noted above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/04/2019

*Heather McCamley*
U.S. Pretrial Services/Probation Officer

ORDER OF COURT
Considered and ordered this 7th day of October, 2019 and ordered filed and made a part of the records in the above case.

PS 8
(Rev. 12/04)

_____
Honorable R. Steven Whalen
U.S. District Judge/Magistrate Judge

Place   Theodore Levin United States Courthouse
        231 W. Lafayette Blvd.
        Detroit, MI 48226