PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Michigan-Eastern

U.S.A. vs. Steven King

Docket No.

[0645 2:19CR20652]-[002]

### Petition for Action on Conditions of Pretrial Release

COMES NOW Heather L McCamley, pretrial services/probation officer, presenting an official report upon the conduct of defendant Steven King,

who was placed under pretrial release supervision by the Honorable R. Steven Whalen, sitting in the court at Eastern District of Michigan (Detroit) on the 2nd date of October, 2019 under the following conditions:

> Report to Pretrial Services as directed, surrender passport to Pretrial Services by 4pm on October 2, 2019, do not obtain a passport or other international travel document, travel restricted to the State of Florida and Eastern District of Michigan for Court purposes only unless granted permission by the Court or Pretrial Service, avoid all contact, directly or indirectly with victims/witnesses including co-defendants, without counsel present related to the case, do not use alcohol at all, no use of controlled substances unless prescribed by a licensed medical practitioner, submit to substance abuse testing and treatment if directed, no billing or cause to be billed of Medicare program, defendant may travel to City of Boston to meet with counsel; for those purposes only, so long as the defendant is employed in any capacity of A1C, defendant is not to bill or cause to be billed of Medicare program. If the defendant is employed by another entity, the condition remains in effect.
>
> On October 7, 2019, the Court modified the conditions to correct the original conditions imposed. The last conditions were modified to "So long as the defendant is employed in any capacity of A1C, defendant is not to bill or cause to be billed of Medicare program. If the defendant is employed by another entity, the condition no longer applies".

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> The Federal Defender's Office, and current counsel of record, Natasha Webster, is requesting the defendant be permitted to speak to his co-defendants as it relates to his employment only. It is the understanding of Pretrial Services the company may be closing and therefore, there are pertinent discussions the defendant needs to have with his co-defendants, including but not limited to, James Letko, in order to do so. Therefore, Pretrial Services is requesting the condition relating to contact with co-defendants be modified to read: "avoid all contact, directly or indirectly, with any person who is or may become a victim or witness in the investigation or prosecution, including but not limited to: Other persons: co-defendants unless in the presence of counsel or for business purposes only". Pretrial Services has left a message for Assistant United States Attorney, Malisa Chokshi Dubal, advising of the requested modification, and has received no response thus far.

PRAYING THAT THE COURT WILL ORDER the modification as noted above.

PS 8
(Rev. 12/04)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/26/2019

ORDER OF COURT

Considered and ordered this 30th day of December, 2019 and ordered filed and made a part of the records in the above case.

Honorable David M. Lawson

U.S. District Judge/Magistrate Judge

_Heather McCarley_
U.S. Pretrial Services/Probation Officer

Place