UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case Number 19-20652

v.                                           Honorable David M. Lawson

STEVEN KING,

        Defendant.
_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY BOND CONDITIONS

This matter is before the Court on the defendant's motion to modify two terms of his bond conditions. The defendant asks the Court to amend paragraph 7(m) of the conditions of release that were specified in the order granting bond (ECF No. 20), to alter the prohibition from "no use of alcohol" to "no excessive use of alcohol." He also asks the Court to delete condition 7(o) requiring the defendant to submit to random drug testing. The government was consulted and took no position on the request for relief. The assigned pretrial services officer also was consulted and does not object to the requested modifications. The Court has considered the defendant's request, and after weighing the factors listed in 18 U.S.C. § 3145 (a)(2), the Court finds that the request for modification should be granted.

Accordingly, it is **ORDERED** that the defendant's unopposed motion to modify bond conditions (ECF No. 132) is **GRANTED**, and the order imposing bond conditions (ECF No. 20) is further **AMENDED** as follows: (1) the condition in paragraph 7(m) stating that the defendant shall not use alcohol at all is **REPLACED** with the condition that the defendant shall not use alcohol excessively, and (2) the condition in paragraph 7(o) stating that the defendant must submit to random drug testing is **DELETED**.

- 2 -

It is further **ORDERED** that all other conditions of the defendant's release on bond, as previously amended, remain in full force and effect.

s/David M. Lawson<br>DAVID M. LAWSON<br>United States District Judge

Dated:  July 1, 2021