UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                          Case Number 19-20652

v.                                            Honorable David M. Lawson

STEVEN KING,

        Defendant.
_____/

## **ORDER GRANTING DEFENDANT'S MOTION TO ADJOURN**

The jury trial in this case is set to begin on October 4, 2022. Between May and August of this year, defendants Rami Lazeki, Patricia Flannery, and James Letko entered pleas of guilty to various charges. On September 19, 2022, the Court issued an opinion granting a motion by defendant Katherine Peterson to sever the charges against her and transfer them to the District of New Jersey. The matter now is before the Court on defendant Steven King's motion to adjourn the trial and pretrial deadlines. The Court heard oral argument on the motion on September 20, 2022. During the hearing, defense counsel stated that, due to recent material changes in the posture of the case, more time will be needed for defendant's counsel to consider his defense strategy and prepare for trial.

The Court finds that the defendant has shown good cause for the requested adjournment, and defendant King's motion to adjourn therefore will be granted. The Court further finds that in the interests of justice the time between October 5, 2022 and the new trial date of February 14, 2023 should be excluded from the 70-day calculation under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Accordingly, for the reasons stated above and on the record, it is **ORDERED** that the defendant's motion to adjourn (ECF No. 211) is **GRANTED**.

It is further **ORDERED** that the parties shall appear for a final pretrial conference on **January 31, 2023 at 2:00 p.m.**

It is further **ORDERED** that the deadline for entering a guilty plea under a plea agreement is extended to **January 31, 2023**.

It is further **ORDERED** that the jury trial shall begin **on February 14, 2023 at 8:30 a.m.**

It is further **ORDERED** that the time between October 5, 2022 and the new trial date of February 14, 2023 shall be excluded from the 70-day calculation under the Speedy Trial Act, for all of the reasons stated above.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated:   September 23, 2022