UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                       Plaintiff,

v.                                                     Case No. 2:19–cr–20652–DML–DRG
                                                      Hon. David M. Lawson

Steven King, et al.,

                       Defendant(s),

_____/

### NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

   NOTICE of IN PERSON Hearing on [243] MOTION in Limine to Exclude Expert Testimony by Gregory Kim, [242] MOTION in Limine as to Steven King. **Motion Hearing set for 1/31/2023 at 3:00 PM before District Judge David M. Lawson.** (SPin)

   All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 767.

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/S. Pinkowski_____
                                                           Case Manager

Dated:   January 19, 2023