UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                       Case Number 19-20652

v.                                           Honorable David M. Lawson

STEVEN KING,

        Defendant.
_____/

## ORDER GRANTING IN PART DEFENDANT'S MOTION FOR DISCLOSURE OF PRESENTENCE INVESTIGATION REPORTS

This matter is before the Court on the defendant's motion for disclosure of certain information included in the presentence investigation reports for his co-defendants Rami Lazeki and James Letko. The Court has reviewed the submissions of the parties and heard oral argument on June 5, 2023. During the hearing, the Court announced from the bench its decision to grant the defendant's motion in part.

Accordingly, it is **ORDERED** that the defendant's motion for disclosure of presentence investigation reports (ECF No. 264) is **GRANTED IN PART** for the reasons stated on the record. The government shall produce to the defense all information contained in the presentence investigation report regarding Rami Lazeki's immigration status. The government also shall make its best effort forthwith to procure and disclose to the defense the immigration file associated with Rami Lazeki's application for naturalized citizenship, including the so-called "A file" in the custody of the Department of Homeland Security, Unites States Customs and Immigration Services. The government also shall produce to the defense the information in paragraphs 66 through 69 of James Letko's presentence investigation report.

- 2 -

The motion is **DENIED** in all other respects.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: June 5, 2023