UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                     Case Number 19-20652

v.                                         Honorable David M. Lawson

STEVEN KING,

        Defendant.
_____/

### ORDER DENYING DEFENDANT'S MOTION TO STRIKE TESTIMONY

This matter is before the Court on the defendant's motion to strike the testimony of the government's witness Rami Lazeki. The Court has reviewed the motion and heard oral argument on June 6, 2023. During the hearing, the Court announced from the bench its decision to deny the motion without prejudice.

Accordingly, it is **ORDERED** that the defendant's motion to strike testimony (ECF No. 268) is **DENIED** without prejudice for the reasons stated on the record.

                                                 s/David M. Lawson
                                                 DAVID M. LAWSON
                                                 United States District Judge

Dated: June 6, 2023