UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    Case Number 19-20652

v.                                      Honorable David M. Lawson

STEVEN KING,

        Defendant.

_____/

**ORDER DENYING DEFENDANT'S
MOTION FOR JUDGMENT OF ACQUITTAL**

Following the close of the government's proofs, the defendant made an oral motion for a judgment of acquittal under Federal Rule of Criminal Procedure 29. After hearing the parties' respective positions, the Court announced from the bench its ruling denying the motion.

Accordingly, it is **ORDERED** that the defendant's oral motion for a judgment of acquittal is **DENIED** for the reasons stated on the record.

                                                                        s/David M. Lawson
                                                                        DAVID M. LAWSON
                                                                          United States District Judge

Dated:   June 7, 2023