UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

            Plaintiff,

v.                                            Case No. 2:19-cr-20652-DML-DRG
                                                  Hon. David M. Lawson

Steven King, et al.,

            Defendant(s),

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear: Steven King

The defendant(s) shall appear before District Judge David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 767, Detroit, Michigan, for the following proceeding(s):

- SENTENCING: September 14, 2023 at 03:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                            By: s/S. Pinkowski
                                                                Case Manager

Dated: June 8, 2023