UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case Number 19-20652

v.                                             Honorable David M. Lawson

STEVEN KING,

        Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE EXHIBIT TO SENTENCING MEMORANDUM UNDER SEAL

This matter is before the Court on the defendant's motion for leave to file under seal one exhibit to his sentencing memorandum. The defendant asks the Court to permit the sealed filing to protect certain sensitive personal medical information included in the exhibit. The Court has reviewed the defendant's motion to seal and finds that it should be granted.

Accordingly, it is **ORDERED** that the defendant's motion to seal (ECF No. 318) is **GRANTED**, and the exhibit to his sentencing memorandum shall be filed **UNDER SEAL**.

                                                        s/David M. Lawson
                                                        DAVID M. LAWSON
                                                        United States District Judge

Dated:   October 26, 2023