UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                             Case Number 19-20652

v.                                                Honorable David M. Lawson

STEVEN KING,

        Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO SEAL

This matter is before the Court on the defendant's motion for leave to file his sentencing memorandum under seal. The defendant asks the Court to permit the sealed filing because his memorandum contains extensive discussion of his personal psychological and medical information. The Court has considered the motion and finds that it should be granted.

Accordingly, it is **ORDERED** that the defendant's motion to seal (ECF No. 324) is **GRANTED**, and the defendant is permitted to file his sentencing memorandum **UNDER SEAL**.

                                                                     s/David M. Lawson
                                                                     DAVID M. LAWSON
                                                                     United States District Judge

Dated:  November 9, 2023