# Benton Martin

| | |
|---|---|
| **From:** | Merritt, Karen (USAMIE) <Karen.Merritt@usdoj.gov> |
| **Sent:** | Wednesday, November 15, 2023 5:50 PM |
| **To:** | Benton Martin; Natasha Webster |
| **Cc:** | Ramamurthy, Shankar (CRM) |
| **Subject:** | FW: PROPOSED ORDER: 19-20652 |
| **Attachments:** | FINAL Order of Forfeiture-Steven King.pdf |

Good afternoon,

Please see the attached proposed Order of Forfeiture that was submitted to the Court today, via ECF utilities, in the above-referenced case.

Thank you,



*Karen Merritt*
Paralegal Specialist
U.S. Attorney's Office – E.D. Mich.
Money Laundering and Asset Recovery Unit
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
Direct Line: (313) 226-9571
Fax: (313) 226-3800
Karen.merritt@usdoj.gov

> **From:** do_not_reply@mied.uscourts.gov
> **Date:** November 15, 2023 at 4:57:12 PM EST
> **To:** "Ramamurthy, Shankar (CRM)" <Shankar.Ramamurthy@usdoj.gov>
> **Subject: PROPOSED ORDER: 19-20652**
>
> *** ATTORNEY NOTIFICATION ***
> This is a TEXT-ONLY confirmation that your proposed order has been sent.
>
> Pursuant to ECF Policies & Procedures Rule 12 (b), you must provide a copy of this proposed order to all other parties in the case by e-mail or other form. CM/ECF will NOT send a copy for you nor generate an NEF.
>
>  --- File uploaded: FINAL Order of Forfeiture-Steven King.docx.