UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                         Case No. 2:19−cr−20652−DML−DRG
                                         Hon. David M. Lawson

Steven King, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of IN PERSON HEARING on [328] MOTION for Entry of Order of Forfeiture as to Steven King. **Motion Hearing set for 1/18/2024 at 4:00 PM before District Judge David M. Lawson.** (SPin)

All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 767.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                     By: s/S. Pinkowski
                                                        Case Manager

Dated:   December 1, 2023