UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

v.

D-2 Steven King,

        Defendant.

Case No. 19-cr-20652
Honorable David M. Lawson

### Notice of Change of Assistant U.S. Attorney

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above-captioned case:

*Add the following AUSA(s):*
Name:     K. Craig Welkener
Bar ID:    DC 1033585
Telephone: (313) 226-0248
Fax:       (313) 226-3800
Email:     Kenton.Welkener@usdoj.gov

*Terminated the following AUSA(s):*
Name:     NONE

S/K. Craig Welkener
K. Craig Welkener (DC 1033585)
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-0248
Kenton.Welkener@usdoj.gov

Dated: December 5, 2023