UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                           Case No. 2:19−cr−20652−DML−DRG
                                                Hon. David M. Lawson

Steven King, et al.,

                Defendant(s),

_____/

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear:  Steven King

The defendant(s) shall appear before District Judge David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 767, Detroit, Michigan, for the following proceeding(s):

- MISCELLANEOUS HEARING:  January 18, 2024 at 04:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/S. Pinkowski
                                                            Case Manager

Dated:   December 21, 2023