UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                            Cr. No. 19-20652

    v.                                                 Hon. David M. Lawson

STEVEN KING,

    Defendant.
_____/

## UNOPPOSED MOTION TO DELAY SELF-SURRENDER

Steven King asks this Court to extend his surrender date for 45 days, from January 16, 2024, until a date on or after March 1, 2024, for the reasons discussed in the accompanying brief. The government does not oppose the requested relief.

                                                    Respectfully submitted,

                                                    /s/ Benton C. Martin
                                                    /s/ Natasha D. Webster
                                                    Attorneys for Steven King
                                                    613 Abbott Street, Suite 500
                                                    Detroit, Michigan 48226
                                                    Benton_Martin@fd.org
                                                    (313) 967-5832

Dated: January 9, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                       Cr. No. 19-20652

    v.                                             Hon. David M. Lawson

STEVEN KING,

    Defendant.
_____/

## BRIEF IN SUPPORT OF MOTION TO DELAY SELF-SURRENDER

On November 16, 2023, this Court sentenced Steven King to serve 54 months' custody for wire fraud and healthcare fraud. On January 4, 2024, counsel notified Mr. King that the Bureau of Prisons has ordered him to self-surrender on January 16, 2024, to the minimum security satellite camp at FCI Williamsburg in Salters, South Carolina.

Mr. King is requesting a 45-day adjournment of his surrender date for three reasons. First, there is pending motion hearing on January 18, 2024—after the current surrender date—and attorney/client consultation is easier to facilitate with Mr. King in the community than in prison. Second, Mr. King is still in the midst of a foreclosure proceeding for his house and needs additional time to resolve the matter

before his surrender. Third, Mr. King is currently temporarily caretaking for his mother, who he reports was hospitalized over the holiday season.

The government does not oppose this request. Mr. King has been on pretrial release for over three years, since his initial appearance in this jurisdiction back in October 2019. Mr. King has complied with the terms of his pretrial release before and after his sentencing. And he dutifully traveled from his home in Florida to Detroit to appear for the jury trial in this matter and his sentencing. Mr. King respectfully asks to adjourn his surrender to a date on or after March 1, 2024.

                Respectfully submitted,

                /s/ Benton C. Martin
                /s/ Natasha D. Webster
                Attorneys for Steven King
                613 Abbott Street, Suite 500
                Detroit, Michigan 48226
                Benton_Martin@fd.org
                (313) 967-5832

Dated: January 9, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                  Cr. No. 19-20652

    v.                                         Hon. David M. Lawson

STEVEN KING,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

I certify that, on the above date, I filed this document using the CM/ECF system, which will send notification to government counsel of record.

                         /s/ Benton C. Martin