UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                        Case Number 19-20652

v.                                         Honorable David M. Lawson

STEVEN KING,

                Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO ADJOURN DATE OF SELF-SURRENDER

This matter is before the Court on the defendant's unopposed motion for an order to extend his surrender date for 45 days. The defendant was convicted of conspiracy to commit health care fraud and wire fraud and was sentenced to 54 months in prison on November 16, 2023. He was allowed to report to the institution designated by the Bureau of Prisons and remains free on bond. Now before the Court is his request to delay his reporting to the BOP for 45 days. The defendant represents that he is to report to FCI Williamsburg in Salters, South Carolina on January 16, 2024.

In support of his request, King notes that there is a pending hearing on the government's motion for an order of forfeiture on January 18 and that attorney-client consultation would be facilitated by remaining in the community. He also states that he is resolving matters related to the foreclosure of his home and the health of his mother, who recently was hospitalized. The government does not oppose the request.

Accordingly, it is **ORDERED** that the defendant's request to extend her report date (ECF No. 341) is **GRANTED**. The defendant must surrender to the institution designated by the Bureau

of Prisons by noon on the date that the BOP specifies but no earlier than **March 1, 2024**.

<u>s/David M. Lawson</u>
DAVID M. LAWSON
United States District Judge

Dated:   January 11, 2024