UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                               Cr. No. 19-20652

    v.                                        Hon. David M. Lawson

STEVEN KING,

    Defendant.
_____/

### SECOND UNOPPOSED MOTION TO DELAY SELF-SURRENDER

Steven King asks this Court to extend his surrender date until a date on or after May 3, 2024, for the reasons discussed in the accompanying brief. The government does not oppose the requested relief.

                                                   Respectfully submitted,

                                                   /s/ Benton C. Martin
                                                   Attorney for Steven King
                                                   613 Abbott Street, Suite 500
                                                   Detroit, Michigan 48226
                                                   Benton_Martin@fd.org
                                                   (313) 967-5832

Dated: February 21, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                      Cr. No. 19-20652

    v.                                              Hon. David M. Lawson

STEVEN KING,

    Defendant.
_____/

**BRIEF IN SUPPORT OF**
**SECOND MOTION TO DELAY SELF-SURRENDER**

On November 16, 2023, this Court sentenced Steven King to serve 54 months' custody for wire fraud and healthcare fraud. On January 4, 2024, counsel notified Mr. King that the Bureau of Prisons ordered him to surrender on January 16, 2024, to the minimum security camp at FCI Williamsburg in Salters, South Carolina. On January 11, 2024, this Court granted an initial motion to delay surrender, citing the then-pending hearing on the government's motion for an order of forfeiture, foreclosure proceedings against King's home, and the health of his mother. (ECF No. 342.) The Court adjourned surrender until on or after March 1, 2024.

Mr. King now requests another adjournment of his surrender date, again for three reasons. First, as shown in exhibit 1 to this motion, a state court has ordered a case management conference in his foreclosure case to be held on May 2, 2024.

Mr. King wants to attend that conference and likely will not be able to from custody. Second, this Court heard arguments on the government's forfeiture request on January 18, 2024, and the parties are awaiting a ruling. Allowing Mr. King to remain in the community will make it significantly easier to facilitate attorney/client consultation once this Court issues its ruling. Third, Mr. King continues to act as caretaker for his mother; he reports that she is out of the hospital but remains on supplementary oxygen, which is limiting her movement and functionality.

The government does not oppose this request. Mr. King has continued to comply with the terms of his pretrial release before and after his sentencing. He respectfully asks to adjourn his surrender to a date on or after May 3, 2024.

Respectfully submitted,

/s/ Benton C. Martin
Attorney for Steven King
613 Abbott Street, Suite 500
Detroit, Michigan 48226
Benton_Martin@fd.org
(313) 967-5832

Dated: February 21, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                            Cr. No. 19-20652

    v.                                                  Hon. David M. Lawson

STEVEN KING,

    Defendant.

_____/

## **CERTIFICATE OF SERVICE**

I certify that, on the above date, I filed this document using the CM/ECF system, which will send notification to government counsel of record.

                                                      /s/ Benton C. Martin