IN THE CIRCUIT COURT, SEVENTH
JUDICIAL CIRCUIT, IN AND FOR
PUTNAM COUNTY, FLORIDA

CASE NO.:   23-462-CA
DIVISION:   53

MIDFIRST BANK
     Plaintiff(s),

v.

STEVEN CRAIG KING A/K/A STEVEN C. KING, et al.
     Defendant(s).
_____/

## ORDER SCHEDULING CASE MANAGEMENT CONFERENCE

**THIS MATTER** came to be considered upon review of the file and the Court determining that a case management conference should be scheduled, and that pursuant to Rule 1.200, Florida Rule of Civil Procedure should be held in this matter and;

     All appearances shall be through video teleconferencing using the Zoom platform or in person at the Putnam County Courthouse, 410 St. Johns Ave., Palatka, FL 32177 in Courtroom 305. Zoom hearings shall be accessed through the Court's Zoom meeting number 386 329 0263. No password required. Please carefully review the Court's Zoom requirements on the Judge's website located at www.circuit7.org.

     **At the case management conference, the Court may consider and hear all outstanding motions.** In addition, all parties must be prepared to discuss those matters provided for in Florida Rule of Civil Procedure 1.200(a) (1-13) at the conference and such other matters as may properly come before the Court. **Failure to appear at the case management conference or to comply with the requirements herein, may result in the Court imposing sanctions, which may include striking of pleadings, dismissal, default, imposition of costs, or such other sanction as may be permitted and allowed by law.**

     THE PARTIES ARE HEREBY NOTIFIED that:

     1. A case management conference is and the same is hereby scheduled for **MAY 2, 2024 at 9:00** A.M., at the Putnam County Courthouse, 410 St. Johns Avenue, Palatka, Florida 32177 at which time the parties shall attend and be prepared to discuss those things provided for in Florida Rule of Civil Procedure 1.200(a)(1-10).

> **PLAINTIFF'S ATTORNEY SHALL SERVE A COPY OF THIS NOTICE ON ALL DEFENDANTS WITHIN SEVEN (7) DAYS AND FILE A CERTIFICATE OF SERVICE WITH THE CLERK OF THE COURT.**

**FAILURE TO COMPLY WITH THE PROVISION OF THIS NOTICE MAY RESULT IN THE STRIKING OF PLEADINGS AND DISMISSAL OF THIS CASE.**

DONE AND ORDERED in Chambers at Palatka, Putnam County, Florida.

e-Signed 1/29/2024 1:42 PM 2023000462CAAXMX

Kenneth J. Janesk, II.
Circuit Judge



**REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES**   If you are a person with a disability who needs an accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, 101 N. Alabama Ave., Ste. D-305, DeLand, FL 32724 (386) 257-6096, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the appearance is less than 7 days; if you are hearing or voice impaired, call 711.

**THESE ARE NOT COURT INFORMATION NUMBERS**



**SOLICITUD DE ADAPTACIONES PARA PERSONAS CON DISCAPACIDADES**
Si usted es una persona con discapacidad que necesita una adaptación para poder participar en este procedimiento, usted tiene el derecho a que se le proporcione cierta asistencia, sin incurrir en gastos.  Comuníquese con la Oficina de Administración Judicial (Court Administration), 101 N. Alabama Ave., Ste. D-305, DeLand, FL 32724 (386) 257-6096,  con no menos de 7 días de antelación de su cita de comparecencia ante el juez, o de inmediato al recibir esta notificación si la cita de comparecencia está dentro de un plazo menos de 7 días; si usted tiene una discapacidad del habla o del oído, llame al 711.

**ESTOS NUMEROS TELEFONICOS NO SON PARA OBTENER INFORMACION JUDICIAL**