UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,                     Case Number 19-20652

v.                                      Honorable David M. Lawson

STEVEN KING,

                    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S SECOND MOTION TO ADJOURN DATE OF SELF-SURRENDER

This matter is before the Court on the defendant's second unopposed motion for an order to extend his surrender date by 30 days. The defendant was convicted of conspiracy to commit health care fraud and wire fraud and was sentenced to 54 months in prison on November 16, 2023. He was allowed to self-report to the institution designated by the Bureau of Prisons and remains free on bond. The Court previously granted a motion to extend the surrender date through March 1, 2024. The defendant now asks the Court to delay his reporting to the BOP until May 3, 2024. The government does not oppose the request.

In support of his request, King states that there will be a May 2, 2024 hearing in a state court foreclosure action against his home, which he wants to attend in person. He also says that he is awaiting the Court's ruling on the government's pending motions regarding a judgment of forfeiture, on which a hearing recently was held. The defendant also continues to act as a caretaker for his mother, who recently was released from the hospital. The Court has considered the motion and finds that the defendant has stated adequate grounds to support his request.

Accordingly, it is **ORDERED** that the defendant's second unopposed motion to extend his report date (ECF No. 343) is **GRANTED**. The defendant must surrender to the institution

designated by the Bureau of Prisons by noon on the date that the BOP specifies but no earlier than

**May 3, 2024**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   February 22, 2024