UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                             Cr. No. 19-20652

    v.                                                   Hon. David M. Lawson

STEVEN KING,

    Defendant.
_____/

**THIRD UNOPPOSED MOTION TO DELAY SELF-SURRENDER**

Steven King asks this Court to extend his surrender date until a date on or after June 14, 2024, for the reasons discussed in the accompanying brief. The government does not oppose the requested relief.

                                                    Respectfully submitted,

                                                    /s/ Benton C. Martin
                                                    Attorney for Steven King
                                                    613 Abbott Street, Suite 500
                                                    Detroit, Michigan 48226
                                                    Benton_Martin@fd.org
                                                    (313) 967-5832

Dated: April 25, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                               Cr. No. 19-20652

    v.                                       Hon. David M. Lawson

STEVEN KING,

    Defendant.
_____/

## BRIEF IN SUPPORT OF
## THIRD MOTION TO DELAY SELF-SURRENDER

On November 16, 2023, this Court sentenced Steven King to serve 54 months' custody for wire fraud and healthcare fraud. Mr. King is designated to the minimum security camp at FCI Williamsburg in Salters, South Carolina.

On January 11, 2024, this Court adjourned the initial surrender date until March 1, 2024, at Mr. King's request, citing the then-pending hearing on the government's motion for an order of forfeiture, foreclosure proceedings against Mr. King's home, and the health of his mother, who had been hospitalized. (ECF No. 342.) On February 22, 2024, this Court then granted another adjournment of Mr. King's surrender date, until May 3, 2024, citing a pending case management conference in Mr. King's foreclosure case, the pending forfeiture issue in this case, and Mr. King's continued role as caretaker for his mother.

Mr. King now asks for a third, and hopefully final, adjournment of his surrender date, until a date on or after June 14, 2024, again for three reasons. First, the government's request for forfeiture remains pending before this Court. Allowing Mr. King to remain in the community will make it significantly easier to facilitate attorney/client consultation once this Court issues its ruling. Second, Mr. King's mother is expected to close on the sale of her own home on May 30, 2024, and she is hoping to use the proceeds from the sale to resolve the foreclosure proceeding against Mr. King's home so that she can move into his home. Third, Mr. King's adult son is planning to move from Atlanta to Florida to help take over the caretaking duties for Mr. King's mother once Mr. King surrenders to prison. His son needs additional time to complete this move.

The government does not oppose this request. Mr. King has continued to comply with the terms of his pretrial release before and after his sentencing. He respectfully asks to adjourn his surrender to a date on or after June 14, 2024.

Respectfully submitted,

/s/ Benton C. Martin
Attorney for Steven King
613 Abbott Street, Suite 500
Detroit, Michigan 48226
Benton_Martin@fd.org
(313) 967-5832

Dated: April 25, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                Cr. No. 19-20652

    v.                                      Hon. David M. Lawson

STEVEN KING,

    Defendant.

_____/

## **CERTIFICATE OF SERVICE**

I certify that, on the above date, I filed this document using the CM/ECF system, which will send notification to government counsel of record.

                         /s/ Benton C. Martin