UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,         Case Number 19-20652
v.                Honorable David M. Lawson

STEVEN KING,

     Defendant.

_____/

## ORDER GRANTING DEFENDANT'S THIRD MOTION
## TO ADJOURN DATE OF SELF-SURRENDER

This matter is before the Court on the defendant's third unopposed motion for an order to extend his surrender date. The defendant was convicted of conspiracy to commit health care fraud and wire fraud and was sentenced to 54 months in prison on November 16, 2023. He was allowed to self-report to the institution designated by the Bureau of Prisons and remains free on bond. The Court previously granted the defendant's first and second motions and extended the surrender date through May 3, 2024. The defendant now asks the Court to delay his reporting to the BOP until June 14, 2024. The government does not oppose the request.

In support of his request, King states that he is awaiting the Court's ruling on the government's pending motions regarding a judgment of forfeiture, on which a hearing recently was held. The defendant also continues to act as a caretaker for his mother, who recently was released from the hospital. The defendant represents that his mother expects to close on the sale of her home by May 30, 2024, the proceeds of which will be used to resolve a foreclosure of the defendant's residence, which will allow the defendant's mother to move into the defendant's home while he is incarcerated. The defendant also says that his adult son intends to take over the duty of caring for the defendant's mother, but the son needs some more time to complete a move from

- 2 -

Georgia to Florida for that purpose.  The Court has considered the motion and finds that the defendant has stated adequate grounds to support his request.

Accordingly, it is **ORDERED** that the defendant's third unopposed motion to extend his report date (ECF No. 345) is **GRANTED**.  The defendant must surrender to the institution designated by the Bureau of Prisons by noon on the date that the BOP specifies but no earlier than **June 14, 2024**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   April 30, 2024