UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                   Cr. No. 19-20652

    v.                                                        Hon. David M. Lawson

STEVEN KING,

    Defendant.
_____/

# FOURTH MOTION TO DELAY SELF-SURRENDER

Steven King asks this Court to extend his surrender date by 30 days, from June 14, 2024, until a date on or after July 14, 2024, for the reasons discussed in the accompanying brief. The government takes no position on the requested relief.

                                                                     Respectfully submitted,

                                                                     /s/ Benton C. Martin
                                                                     Attorney for Steven King
                                                                     613 Abbott Street, Suite 500
                                                                     Detroit, Michigan 48226
                                                                     Benton_Martin@fd.org
                                                                     (313) 967-5832

Dated: June 10, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                              Cr. No. 19-20652

    v.                                                   Hon. David M. Lawson

STEVEN KING,

    Defendant.

_____/

**BRIEF IN SUPPORT OF**
**FOURTH MOTION TO DELAY SELF-SURRENDER**

On November 16, 2023, this Court sentenced Steven King to serve 54 months' custody for wire fraud and healthcare fraud. Mr. King is designated to the minimum security camp at FCI Williamsburg in Salters, South Carolina. He is scheduled to surrender June 14, 2024.

On January 11, 2024, this Court adjourned the initial surrender date until March 1, 2024, at Mr. King's request, citing the then-pending hearing on the government's motion for an order of forfeiture, foreclosure proceedings against Mr. King's home, and the health of his mother, who had been hospitalized. (ECF No. 342.) On February 22, 2024, this Court then granted another adjournment of Mr. King's surrender date, until May 3, 2024, citing a pending case management

1

conference in Mr. King's foreclosure case, the pending forfeiture issue in this case, and Mr. King's continued role as caretaker for his mother. On April 30, 2024, this Court then granted a third adjournment, citing the still-pending forfeiture issue, Mr. King's continued role as caretaker for his mother, and his plans to sell his mother's home and have his adult son take over caretaking duties.

Mr. King expected the third adjournment request to be his final request. But he now asks once more to adjourn surrender by 30 days, until July 14, 2024. There are three reasons.

First, the government's request for forfeiture remains pending before this Court. Allowing Mr. King to remain in the community will make it significantly easier to facilitate attorney/client consultation once this Court issues its ruling.

Second, Mr. King needs additional time to resolve the housing issue with his mother. Mr. King remains caretaker for his mother. She is closing on the sale of her own home today, June 10, 2024; the sale was delayed from the expected date of May 30, 2024. The next court date in the foreclosure proceeding against Mr. King's house is July 11, 2024. (See Ex. 1, Order of Foreclosure Case Management.) Mr. King remains hopeful that his mother can use the proceeds from the sale of her house to resolve the foreclosure action so that she can live in his house.

Third, given the delay in the sale of the home of Mr. King's mother, Mr. King's adult son has not yet finished his move from Georgia to Florida to help take over the caretaking duties for Mr. King's mother once Mr. King surrenders to prison. This requested adjournment will allow him time to complete that transition.

The government takes no position on this request. Mr. King has continued to comply with the terms of his pretrial release before and after his sentencing. He respectfully asks to adjourn his surrender to a date on or after July 14, 2024.

Respectfully submitted,

/s/ Benton C. Martin
Attorney for Steven King
613 Abbott Street, Suite 500
Detroit, Michigan 48226
Benton_Martin@fd.org
(313) 967-5832

Dated: June 10, 2024

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                        Cr. No. 19-20652

    v.                              Hon. David M. Lawson

STEVEN KING,

    Defendant.

_____/

**CERTIFICATE OF SERVICE**

I certify that, on the above date, I filed this document using the CM/ECF system, which will send notification to government counsel of record.

                       /s/ Benton C. Martin