IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT,
IN AND FOR PUTNAM COUNTY, FLORIDA

**MIDFIRST BANK**
Plaintiff                                                         CASE NO.: 23-462-CA
                                                                  DIVISION: 53

And

**STEVEN CRAIG KING A/K/A STEVEN C. KING, et al.**
Defendant(s)

## ORDER OF FORECLOSURE CASE MANAGEMENT
(only checked boxes apply)

**THIS CAUSE** came before the Court upon the Court's own motion setting a Case Management Conference. The following person(s) appeared at said hearing: ☒ Plaintiff's Attorney; ☒ Defendant(s): **STEVEN KING**; ☐ Defendant's Attorney.
The Court finds there are significant issues in this case, which have not been resolved.

It is therefore **ORDERED AND ADJUDGED:**

☐ Referred to Mediation; Mediation shall occur prior to Case Management and Mediation Report to be filed with the Court.

☐ Plaintiff Attorney may cross notice Motion for Summary Judgment with case management by separate notice.

☒ Other: **PLAINTIFFS MOTION TO AMEND COMPLAINT - GRANTED. PLAINTIFF TO SUBMIT PROPOSED ORDER TO COURT FOR REVIEW. PLAINTIFF IS ORDERED TO COMPLETE SERVICE OF AMENDED COMPLAINT ON PARTIES PRIOR TO THE NEXT CMC.**

This case shall be before the **Honorable Kenneth J. Janesk, II** for **Case Managment Conference** on:
**DATE: JULY 11, 2024**           **TIME: 9:00** ☒ A.M. / ☐ P.M.

All appearances shall be via Zoom or in person at the Putnam County Courthouse, 410 St. Johns Ave., Palatka, FL 32177 in Courtroom 305.

To appear by Zoom log onto www.zoom.us, **Meeting ID: 386 329 0263** (no password required).

**The parties are ordered to appear at the specified time and place.
FAILURE OF THE PARTIES AND/OR THEIR ATTORNEYS TO APPEAR MAY RESULT IN SANCTIONS INCLUDING BUT NOT LIMITED TO DISMISSAL OF CASE AND/OR STRIKING OF PLEADINGS.**

**PLAINTIFF'S ATTORNEY IS HEREBY ORDERED TO SERVE A COPY OF THIS ORDER ON ALL DEFENDANTS WITHIN SEVEN (7) DAYS AND FILE A NOTICE OF SERVICE WITH THE CLERK OF COURT WITH THE CERTIFICATE OF SERVICE.**

**DONE AND ORDERED** in Chambers at Palatka, Putnam County, Florida.

e-Signed 5/2/2024 1:34 PM 2023000462CAAXMX

KENNETH J. JANESK, II
CIRCUIT JUDGE

cc: ☒ Plaintiff's Attorney



**REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES**  If you are a person with a disability who needs an accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, 101 N. Alabama Ave., Ste. D-305, DeLand, FL 32724, (386) 257-6096, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the appearance is less than 7 days; if you are hearing or voice impaired, call 711.

**THESE ARE NOT COURT INFORMATION NUMBERS**



**SOLICITUD DE ADAPTACIONES PARA PERSONAS CON DISCAPACIDADES**
Si usted es una persona con discapacidad que necesita una adaptación para poder participar en este procedimiento, usted tiene el derecho a que se le proporcione cierta asistencia, sin incurrir en gastos.  Comuníquese con la Oficina de Administración Judicial (Court Administration), 101 N. Alabama Ave., Ste. D-305, DeLand, FL 32724, (386) 257-6096,  con no menos de 7 días de antelación de su cita de comparecencia ante el juez, o de inmediato al recibir esta notificación si la cita de comparecencia está dentro de un plazo menos de 7 días; si usted tiene una discapacidad del habla o del oído, llame al 711.
**ESTOS NUMEROS TELEFONICOS NO SON PARA OBTENER INFORMACION JUDICIAL**