United States District Court
Eastern District of Michigan
Southern Division

United States of America,

      Plaintiff,                                  No. 19-cr-20652

   v.                                       Hon. David M. Lawson
                                            United States District Judge

Steven King,

      Defendant.

## Notice of Appeal

Notice is hereby given that the United States appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order Denying Government's Motion for Entry of Order of Forfeiture and Motion to Amend Judgment, entered in this action on August 19, 2024. (ECF No. 366).

                                                       Respectfully submitted,

                                                       Dawn N. Ison
                                                     United States Attorney

                                                     /s/ K. Craig Welkener
                                                   Assistant U.S. Attorney
                                                   United States Attorney's Office
                                                   211 West Fort Street, Suite 2001
                                                   Detroit, MI 48226

Date: September 17, 2024                (313) 269-4796