UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

            Plaintiff(s),

v.

            Case No. 2:19-cr-20652-DML-DRG
            Hon. David M. Lawson

Steven King,

            Defendant(s).

---

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

> United States Court of Appeals for the Sixth Circuit
> Potter Stewart U.S. Courthouse
> 100 East Fifth Street, Fifth Floor
> Cincinnati, OH   45202-3988

the defendant(s), and all attorneys of record, by electronic means or first class U.S. mail, on September 18, 2024.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/ Aleaya R Bunton
Deputy Clerk

Dated:   September 18, 2024